```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00632-JJT
Sharon Ann Thomas                                               Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1          Date Rcvd: Jun 07, 2017
                              Form ID: ntcnfhrg        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
```
db          +Sharon Ann Thomas,    2574 Highland Circle,    Stroudsburg, PA 18360-6687
4885922     +Asset Recovery Solutions,    2200 E Devon Ave. Suite 200,    Des Plaines, IL 60018-4501
4891881      Berkheimer Assoc-Agt Pocono Mtn SD  Jackson Twp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
              Pen Argyl, PA 18072
4885923     +Berkheimer Tax Admin,    PO Box 25153,    Lehigh Valley, PA 18002-5153
4885924     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
4885925     +Citibank USA N.A.,    100 Citibank Drive,    San Antonio, TX 78245-3202
4885926      Family Care Centers, Inc.,    P. O. Box 827658,    Philadelphia, PA 19182-7658
4885928     +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
4885930     +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
              Philadelphia, PA 19106-1538
4885929      Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
4885931     +Linebarger Goggan Blair & Sampson,,    61 Broadway Ste 2600,    New York, NY 10006-2840
4885935     +Patricia A. Thomas,    2574 Highland Circle,    Stroudsburg, PA 18360-6687
4885936     +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4885938      Verizon,   P.O. Box 2800,    Lehigh Valley, PA 18002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4885927     +E-mail/Text: cio.bncmail@irs.gov Jun 07 2017 19:04:25      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
4885932     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2017 19:00:25      LVNV Funding,
              PO Box 10497,    Greenville, SC 29603-0497
4901223      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2017 19:00:34
              LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
4885933     +E-mail/Text: bknotices@mbandw.com Jun 07 2017 19:04:49      McCarthy, BURGESS & WOLFF,
              26000 CANNON RD,    Cleveland, OH 44146-1807
4885934      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 19:04:35      PA Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
4889448     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 19:04:35
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
4885937     +E-mail/Text: bankruptcy@remitcorp.com Jun 07 2017 19:04:41      Remit Corp,   36 W Main St,
              PO BOX 7,    Bloomsburg, PA 17815-0007
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor Sharon Ann Thomas donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Sharon Ann Thomas  
Debtor(s)

Chapter 13

Case No. 5:17−bk−00632−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2017 |