```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00632-JJT
Sharon Ann Thomas                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5         User: PRatchfor         Page 1 of 1         Date Rcvd: Sep 17, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
4885935        +Patricia A. Thomas,    2574 Highland Circle,    Stroudsburg, PA 18360-6687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Sharon Ann Thomas donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Hyundai Motor Finance, Administrator for Hyundai Lease
               Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>SHARON ANN THOMAS<br>**Debtor(s)** | Case No.: 5:17-00632 (JJT) |
| HYUNDAI MOTOR FINANCE,<br>ADMINISTRATOR FOR<br>HYUNDAI LEASE TITLING TRUST<br>**Movant** | Chapter 13<br><br>Docket No. |
| v. | 11 U.S.C. 362 |
| SHARON ANN THOMAS<br>  PATRICIA A. THOMAS<br>**Respondent(s)** | |
| CHARLES J. DEHART, III<br>**Trustee** | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Motor Finance, under Bankruptcy Code sections 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2014 Kia Sportage** bearing vehicle identification number KNDPBCACXE7657678 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: September 14, 2018

By the Court,

John J. Thomas, Bankruptcy Judge PR