```
                     United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00632-RNO
Sharon Ann Thomas                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1    Date Rcvd: May 29, 2020
                       Form ID: nttext    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.
        +Patricia Ann-Marie Thomas,   2574 Highland Circle,   Stroudsburg, PA 18360-6687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:
        Brian E Caine   on behalf of Creditor   U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
         LODGE SERIES III TRUST bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
        Timothy B. Fisher, II   on behalf of Debtor 1 Sharon Ann Thomas donna.kau@pocono-lawyers.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   Hyundai Motor Finance, Administrator for Hyundai Lease
         Titling Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                              TOTAL: 6

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Sharon Ann Thomas,  **Debtor 1** | Chapter 13 |
| | Case No. 5:17−bk−00632−RNO |

## Notice

Due to considerations related to the COVID−19 pandemic, the noticing requirement for the Motion for Relief from the Automatic Stay has been changed from a semi−passive to hearing required. See LBR 9001−1(i),(n). The Court has scheduled the Motion for Relief from the Automatic Stay filed on 5/29/2020 for a hearing. The hearing will be held regardless of whether objections are filed. All other information on the original Notice will remain in full force and effect. (RE: related document(s)48). (Radginski, Pamela)

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 29, 2020 |

Notice Text Entries (Form nttext) (3/20)