```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 17-00632-RNO
Sharon Ann Thomas                                                 Chapter 13
          Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5      User: AutoDocke              Page 1 of 2               Date Rcvd: Jun 10, 2020
                          Form ID: pdf010              Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
```
db             +Sharon Ann Thomas,    2574 Highland Circle,    Stroudsburg, PA 18360-6687
cr             +Hyundai Motor Finance, Administrator for Hyundai L,    P.O. Box 20809,
                 Fountain Valley, CA 92728-0809
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
4885922        +Asset Recovery Solutions,    2200 E Devon Ave. Suite 200,    Des Plaines, IL 60018-4501
5177618        +BSI Financial Services,    1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480
4891881         Berkheimer Assoc-Agt Pocono Mtn SD  Jackson Twp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
4885923        +Berkheimer Tax Admin,    PO Box 25153,    Lehigh Valley, PA 18002-5153
4885925        +Citibank USA N.A.,    100 Citibank Drive,    San Antonio, TX 78245-3202
4885926         Family Care Centers, Inc.,    P. O. Box 827658,    Philadelphia, PA 19182-7658
4936977        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
4885930        +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                 Philadelphia, PA 19106-1538
4885929         Kia Motors Finance,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
4885931        +Linebarger Goggan Blair & Sampson,,    61 Broadway Ste 2600,    New York, NY 10006-2840
4885935        +Patricia A. Thomas,    2574 Highland Circle,    Stroudsburg, PA 18360-6687
4885936        +Pocono Medical Center,    206 East Brown Street,    East Stroudsburg, PA 18301-3094
4935250        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
5152836        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5174620        +U.S. BANK TRUST NATIONAL ASSOCIATION,,    AS TRUSTEE OF THE LODGE SERIES III TRUST,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
5174621        +U.S. BANK TRUST NATIONAL ASSOCIATION,,    AS TRUSTEE OF THE LODGE SERIES III TRUST,
                 c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480,
                 U.S. BANK TRUST NATIONAL ASSOCIATION,
4885938         Verizon,    P.O. Box 2800,    Lehigh Valley, PA 18002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4885927        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 10 2020 19:46:35     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
4885928         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 10 2020 19:49:07      JP Morgan Chase Bank,
                 3415 Vision Drive,    Columbus, OH 43219
4885924         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 10 2020 19:49:20      Chase Bank USA,
                 PO Box 15298,    Wilmington, DE 19850
4885932        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2020 19:49:26      LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
4901223         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2020 19:49:26
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
4885933        +E-mail/Text: bknotices@mbandw.com Jun 10 2020 19:46:58      McCarthy, BURGESS & WOLFF,
                 26000 CANNON RD,    Cleveland, OH 44146-1807
4885934         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2020 19:46:44      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
4889448        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2020 19:46:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5152835*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
4885937       ##+Remit Corp,    36 W Main St,   PO BOX 7,    Bloomsburg, PA 17815-0007
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

```
Brian E Caine    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE
 LODGE SERIES III TRUST bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
Timothy B. Fisher, II    on behalf of Debtor 1 Sharon Ann Thomas donna.kau@pocono-lawyers.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
William E. Craig    on behalf of Creditor    Hyundai Motor Finance, Administrator for Hyundai Lease
 Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                          TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
SHARON ANN THOMAS :
           Debtors : CASE NO. 5:17-bk-00632 RNO

ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtor, Sharon A. Thomas, for an Order granting her request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is

ORDERED that the Chapter 13 case is hereby dismissed.

Dated: June 10, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge   BI